AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Shakeyra Gilbert,
*Plaintiff*
v.
City Of Spartanburg; Joseph Pilato; Maria Manriquez; South Carolina Department of Social Services, all in their individual and official capacities,
*Defendant*

Civil Action No.   7:16-cv-03088-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Shakeyra Gilbert, shall take nothing of the defendants, City Of Spartanburg, Joseph Pilato, Maria Manriquez, and South Carolina Department of Social Services, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for failure to comply with the Court's orders and failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended the dismissal of this action.

Date:   March 16, 2017                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/A. Buckingham
                                                          *Signature of Clerk or Deputy Clerk*